# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2018-0351, <u>Darren Brady & a. v. David Holmander</u>, the court on May 3, 2019, issued the following order:**

Having considered the brief and record submitted on appeal, we conclude that oral argument is unnecessary in this case.  See <u>Sup. Ct. R.</u> 18(1).  We affirm.

Plaintiff Darren Brady appeals the order of the Superior Court (<u>MacLeod</u>, J.) dismissing his claims, as well as the claims of plaintiff Ronald Comeau, against the defendant, David Holmander.  In their complaint, the plaintiffs allege numerous violations of housing standards under RSA chapter 48-A (2012 & Supp. 2018) and landlord responsibilities under RSA chapter 540-A (2007 & Supp. 2018) regarding residential property they rent from the defendant.

On May 23, 2018, the trial court dismissed the complaint, ruling that Brady's claims against the defendant had been fully and finally litigated in the circuit court, which, in a decision dated April 19, 2018, found no merit to Brady's claims, and which dismissed Comeau's claims because they were resolved by agreement.  The record supports the court's ruling, and the plaintiff has presented neither argument nor authorities to show that the trial court erred.  See <u>Coyle v. Battles</u>, 147 N.H. 98, 100 (2001) (on appeal, appellant has burden to show error); <u>see</u> <u>also</u> <u>In the Matter of Birmingham & Birmingham</u>, 154 N.H. 51, 56 (2006) (self-represented litigants are bound by the same procedural rules that govern parties represented by counsel).

<u>Affirmed</u>.

Lynn, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,**
**Clerk**